# EXHIBIT A

Certificate of Recordation — Copyright Transfer Agreement

*FlavaWorks Entertainment, Inc. v. Scull et al.*

*Cited at Complaint ¶ 7*

## Contents


| | |
|---|---|
| **Part 1** | **Certificate of Recordation issued by the United States Copyright Office**<br>Issuing authority: United States Copyright Office<br>Signed by: Shira Perlmutter, U.S. Register of Copyrights and Director<br>Date of Recordation: February 14, 2025<br>Volume: 15032 · Document No.: 534<br>Document recorded: Copyright Transfer Agreement dated July 13, 2022 between Flava Works, Inc. (assignor) and Phillip Bleicher (assignee), assigning all right, title, and interest in the copyrights listed in Addendum A thereto. Establishes Phillip Bleicher's ownership of the Works and, in turn, Plaintiff's standing as exclusive licensee and assignee of accrued claims (Complaint ¶ 7). |

# Certificate of Recordation

This is to certify that the attached document was recorded on the date and in the place shown below.

This certificate is issued under the seal of the United States Copyright Office.

United States Register of Copyrights and Director

February 14, 2025

Date of Recordation

| | |
|---|---|
| 15032 | 534 |
| Volume | Doc.No. |