# EXHIBIT B

Schedule of Copyrighted Works at Issue

*FlavaWorks Entertainment, Inc. v. Scull et al.*

*Cited at Complaint ¶¶ 7, 13*

## Contents


| | | |
|---|---|---|
| **Part 1** | **Schedule of Copyrighted Works**<br>85 audiovisual works registered with the United States Copyright Office.<br>Each registration was issued before the commencement of the infringement alleged in the Complaint, supporting Plaintiff’s election of statutory damages and attorney’s fees under 17 U.S.C. §§ 412, 504(c).<br>Listed alphabetically by title with the corresponding registration number (PA / PAU series).<br>Rights owned by Phillip Bleicher, Plaintiff’s principal, and exclusively licensed to FlavaWorks Entertainment, Inc. |

# EXHIBIT B

Schedule of Copyrighted Works at Issue

*FlavaWorks Entertainment, Inc. v. Scull et al.*

*Cited at Complaint ¶¶ 7, 13*

*(Sorted alphabetically by title)*

| Work Title | Registration No. |
|---|---|
| Bad Boy Detention #2 — Bareback Sessions | PA0001804965 |
| Bareback Bussy #2: Breed and Bounce | PA0002025855 |
| Big Black Dick #1 | PA0001748153 |
| Big Black Dick #3: Third Leg | PA0001797171 |
| Big Black Dick #4: Inches of Pain | PA0001861008 |
| Big, Black & Bareback | PA0001788831 |
| Black IN White #1 | PA0001841887 |
| Black in White #2: Interracial Bareback | PA0001993086 |
| Chino in the Raw | PA0001668277 |
| CocoDorm Raw #1 | PA0002025848 |
| Cody Kyler Presents Pinga Paradise #2 — Rio De Janeiro | PA0001737150 |
| Cody Kyler's Pinga Paradise #1 | PA0001668281 |
| Dominant Raw Tops #4: Up in the Guts | PA0001841878 |
| Dominant Raw Tops #7: Man Milk | PA0002036969 |
| Dorm Life #14 — The Dick Down | PA0001668240 |
| Dorm Life #17 — Dick in Detention | PA0001666861 |
| Dorm Life #18 — Cum Hard or Fuck Off | PA0001666875 |
| Dorm Life #24 — Need for Seed | PA0001863017 |
| Dorm Life #3 | PA0001298415 |
| Feed & Breed #13 — Slutted | PA0002529272 |
| Feed & Breed #5: Drain My Balls | PA0002037054 |
| FlavaMen Junior Year | PA0001668262 |
| Freakzilla Bareback Attack | PA0001677052 |
| I Fucked Your White Boyfriend | PA0001822515 |
| J-Rock the Ass Slayer | PA0001764942 |
| Miami Uncut #1, Papicock Presents | PA0001691638 |
| Miami Uncut #2, Hot as Hell | PA0001737154 |
| Miami Uncut #3, Tropical Dicks | PA0001748155 |
| Miami Uncut #4: Sizzle | PA0001863010 |
| Miami Uncut #6: Lust in Paradise | PA0001993082 |
| Mixxxed Nuts | PA0001668231 |
| Mixxxed Nuts #2: Taste the Crunch | PA0001687480 |
| Mixxxed Nuts #3: Almond Joy | PA0001748164 |
| Mixxxed Nuts #4: Nuts by the Pound | PA0001748148 |
| Mixxxed Nuts #5: Sweet, Salty & Sticky | PA0001802909 |

# EXHIBIT B

Schedule of Copyrighted Works at Issue

*FlavaWorks Entertainment, Inc. v. Scull et al.*

*Cited at Complaint ¶¶ 7, 13*

*(Sorted alphabetically by title)*

| Work Title | Registration No. |
|---|---|
| Mixxxed Nuts #6: Nut Explosions | PA0001789154 |
| Mixxxed Nuts #7: Dark Nut Rises | PA0001822516 |
| Mixxxed Nuts #8: CocoNuts | PA0001861002 |
| Nightmare on Elmo Street | PA0001668011 |
| Orgy Fuckers #1 | PA0001789151 |
| Orgy Fuckers #4: You Ain't Ready | PA0002037052 |
| Pump n Go | PA0002036987 |
| Raw & Nasty | PA0001737157 |
| Raw & Nasty #3: Gimmie dat Nut | PA0001772428 |
| Raw & Nasty 8: The Big Load | PA0002037058 |
| Raw Ass Pounders #1 | PA0001822522 |
| Raw Cum Dumpsters #1 | PA0001802967 |
| Raw Cum Dumpsters #2 — Lick My Nut | PA0001841874 |
| Raw Cum Dumpsters #3: Breeding Party | PA0001863016 |
| Raw Dickin It #1 | PA0001677045 |
| Raw In Rio #1 | PA0002224254 |
| Raw in Rio #3: Breeding in Paradise | PA0002230891 |
| Raw in Rio #4: Cum Inside Me! | PA0002230890 |
| Raw in Rio #5: Papi Cream | PA0002230889 |
| Raw Rods #11: Direct Deposit | PA0001797237 |
| Raw Rods #13: Breeding Sessions | PA0001917818 |
| Raw Rods #3: Gettin that Nut | PA0001668236 |
| Raw Rods #5: Deep Impact | PA0001677123 |
| Raw Rods #7: Take it in the Guts | PA0001736926 |
| Raw Rods #9: Heavy on the Cream | PA0001748142 |
| Rio Uncut #1 | PA0001294210 |
| Rio Uncut #2 | PA0001294216 |
| Santo Domingo Uncut #1 | PA0001764949 |
| Santo Domingo Uncut #2 | PA0001788830 |
| Santo Domingo Uncut #3: Dominican Dick Destruction | PA0001691631 |
| Santo Domingo Uncut #4 — Dominican Heat | PA0001737152 |
| Saukei 2 You | PA0001764951 |
| Snow Ballerz #1 | PA0001635771 |
| Snow Ballerz #2 | PA0001668265 |
| Snow Ballerz #5: Frosty Lips | PA0001802981 |

# EXHIBIT B

Schedule of Copyrighted Works at Issue

*FlavaWorks Entertainment, Inc. v. Scull et al.*

*Cited at Complaint ¶¶ 7, 13*

*(Sorted alphabetically by title)*

| Work Title | Registration No. |
|---|---|
| Swaggers #2: Dickin Down Deep | PA0001737151 |
| Swaggers #3: DTF (Down to Fuck) | PA0001802983 |
| Thug Mansion: Smooth's Crib | PA0001635768 |
| Thugboy #12 — Banging Backs Out | PA0001797238 |
| Thugboy #17 — Morning Wood | PA0002540582 |
| Thugboy #2 | PA0001635772 |
| Thugboy #3 — Layin Da Pipe | PA0001635916 |
| Thugboy #6 — Playas in Action | PA0001782056 |
| Thugboy #7 — Built To Fuck | PA0001737153 |
| Thugboy V1 | PA0001294211 |
| Ultimate Arvion Kylers | PAU004192666 |
| ULTIMATE Jarvis Chandler | PA0002567901 |
| White Ass Punishers #1 | PA0001841894 |
| White Ass Punishers #2: Face Down Ass Up | PA0001917813 |
| World of Flava: Paris | PA0001668278 |