# EXHIBIT C

Payment-Concealment Documentation — Channels 1 & 2

*FlavaWorks Entertainment, Inc. v. Scull et al.*

*Cited at Complaint ¶¶ 32, 39, 45*

## Contents


| | |
|---|---|
| **Part 1** | **Channel 1 — Skrill / BYZONA LTD (front: 247host.eu)**<br>Payment-flow exhibit diagramming the path from the member to the shell recipient.<br>Skrill checkout page — "VPS Plan," Invoice #72531; EUR 34.95.<br>Skrill payment-confirmation email — 34.95 EUR to Byzona Ltd; Transaction ID 6940568549.<br>Card-issuer transaction alert — $40.42 charged as "Paysafe Paym*BYZONA." |
| **Part 2** | **Channel 2 — PayPal / Evgenii Nazarov (front: cloud2max.club)**<br>Payment-flow exhibit diagramming the path from the member to the shell recipient.<br>PayPal receipt — €14.95 EUR / $18.01 USD to Evgenii Nazarov; Invoice ID 72532; will appear as "PAYPAL *CLOUD2MAX."<br>Card-issuer transaction alert — $18.01 charged as "PAYPAL *CLOUD2MAX." |


Each payment was invoiced and transmitted to the member's bank as a purchase of "web hosting" / "VPS" services; no hosting service was delivered. The Site advertised this concealment to members, assuring them that nothing on their financial statements would reveal any connection to the Site.

# EXHIBIT C — Payment-Concealment Documentation

*FlavaWorks Entertainment, Inc. v. Scull et al. · Cited at Complaint ¶¶ 32, 39, 45*

### Channel 1 — Skrill / BYZONA LTD: Payment-Flow Path



# EXHIBIT C — Payment-Concealment Documentation

*FlavaWorks Entertainment, Inc. v. Scull et al. · Cited at Complaint ¶¶ 32, 39, 45*

## Channel 1 — Skrill checkout page (billed as "VPS Plan," Invoice #72531, EUR 34.95)



# EXHIBIT C — Payment-Concealment Documentation

*FlavaWorks Entertainment, Inc. v. Scull et al. · Cited at Complaint ¶¶ 32, 39, 45*

## Channel 1 — Skrill payment-confirmation email (34.95 EUR to Byzona Ltd)

Gmail [redacted]

**Payment Successful**
1 message

**Skrill** <no-reply@email.skrill.com> Wed, Apr 1, 2026 at 8:39 AM
Reply-To: reply@email.skrill.com
[redacted]

Skrill View In Browser

Hi Phillip,
you paid

34.95 EUR

to Byzona Ltd

The transaction will appear on your statement as: SKR*Skrill.com

**Transaction details**

| | |
|---|---|
| Transaction ID | **6940568549** |
| Date | **08:38 AM, 04/01/2026 EDT** |
| Card Type | **VISA** |
| Card Number | [redacted] |
| Details | **VPS Plan - Invoice #72531 VPS Plan - Invoice #72531** |

If you need help with this transaction please visit Skrill Help at Skrill Help Team.

Thank you for choosing Skrill!

My Account | Help | Privacy | Staying Safe Online

Skrill USA, Inc. (NMLS ID: 935195) is registered with FinCEN and duly licensed as a money transmitter in various U.S. states. Phone: 1-855-719-2087. Address: 5335 Gate Parkway Fourth Floor Jacksonville, Florida 32256, USA. © Copyright 2025 Skrill USA, Inc. All Rights Reserved. See Terms of Use governing the Skrill Digital Wallet Program.

**Fraud Warning:**

If you suspect any of the following:

- Compromised Skrill login email or password,
- Unauthorized transfer of funds using your Skrill account, or
- Other fraudulent activity on your Skrill account,

Please contact our Skrill Help Team immediately and find out more about fraud and scams here.

**Is this email from Skrill?**
Authentic Skrill emails will address you by your first and last name. If not, it may be a phishing attempt. Avoid sharing your password and only use the genuine Skrill website at www.skrill.com.

**Customer service:**
For information regarding refunds/cancellation of transactions, inquiries, or complaints, you can contact our Skrill Help Team online, call us, or by mail at address above.

# EXHIBIT C — Payment-Concealment Documentation

*FlavaWorks Entertainment, Inc. v. Scull et al. · Cited at Complaint ¶¶ 32, 39, 45*

## Channel 1 — Card-issuer transaction alert ($40.42 as “Paysafe Paym*BYZONA”)

Gmail

Phillip B <phil@flavaworks.com>

**You made a $40.42 transaction with Paysafe Paym*BYZONA**

1 message

**Chase** <no.reply.alerts@chase.com>
To: PHIL@flavaworks.com

Wed, Apr 1, 2026 at 11:03 AM

CHASE

Transaction alert

## You made a $40.42 transaction

| | |
|---|---|
| Account | [redacted] |
| Date | **Apr 1, 2026 at 8:38 AM ET** |
| Merchant | **Paysafe Paym*BYZONA** |
| Amount | **$40.42** |

You are receiving this alert because your transaction was more than the $1.00 level you set. You can visit our Resource Center anytime to help answer your questions or manage your account.

Review account

Securely access your accounts with the Chase Mobile® app or chase.com.

ABOUT THIS MESSAGE

Chase Mobile® app is available for select mobile devices. Message and data rates may apply.

This service email was sent based on your alert settings. Use the Chase Mobile app or visit chase.com/alerts to view or manage your settings.

Chase cannot guarantee the delivery of alerts and notifications. Wireless or internet service provider outages or other circumstances could delay them. You can always check chase.com or the Chase Mobile app for the status of your accounts including your latest account balances and transaction details.

To protect your personal information, please don't reply to this message. Chase won't ask for confidential information in an email.

If you have concerns about the authenticity of this message or have questions about your account visit chase.com/CustomerService for ways to contact us.

Your privacy is important to us. See our online Security Center to learn how to protect your information.

© 2026 JPMorgan Chase & Co.

# EXHIBIT C — Payment-Concealment Documentation

*FlavaWorks Entertainment, Inc. v. Scull et al. · Cited at Complaint ¶¶ 32, 39, 45*

### Channel 2 — PayPal / Evgenii Nazarov: Payment-Flow Path



# EXHIBIT C — Payment-Concealment Documentation

*FlavaWorks Entertainment, Inc. v. Scull et al. · Cited at Complaint ¶¶ 32, 39, 45*

## Channel 2 — PayPal receipt (€14.95 to Evgenii Nazarov; “PAYPAL *CLOUD2MAX”)

Gmail [redacted]

**Your PayPal receipt**
1 message

**service@paypal.com** <service@paypal.com> Wed, Apr 1, 2026 at 8:54 AM
[redacted]

Hello, Phillip Bleicher

# You paid €14.95 EUR to Evgenii Nazarov

Create a PayPal account for fast, secure checkouts at millions of merchants.

**Activate PayPal Now**

Your purchase details

**Your Transaction ID:**
6AK63036LE341043R

**Merchant Transaction ID:**
6P798692U1199025A

**Purchase Date:**
April 1, 2026

**Payment to:**
Evgenii Nazarov

**Payment from:**
Phillip Bleicher

**Invoice ID:**
72532

| | |
|---|---|
| Subtotal | €14.95 EUR |
| Total | €14.95 EUR |
| **Total Amount you'll pay** | **$18.01 USD** |

You paid using: [redacted]

This credit card transaction will appear on your statement as PAYPAL *CLOUD2MAX.

PayPal's conversion rate: 1 USD = 0.8301 EUR

Converted from: $18.01 USD

Converted to: €14.95 EUR

You have been offered a choice of currencies and agreed to pay in the currency identified above (Amount you'll pay). PayPal also provided you the option to have your card issuer perform the currency conversion. The PayPal conversion rate includes our currency conversion spread of 4.00%.

**Activate PayPal Now**

# EXHIBIT C — Payment-Concealment Documentation

*FlavaWorks Entertainment, Inc. v. Scull et al. · Cited at Complaint ¶¶ 32, 39, 45*

## Channel 2 — Card-issuer transaction alert ($18.01 as “PAYPAL *CLOUD2MAX”)

Gmail

Phillip B <phil@flavaworks.com>

**You made a $18.01 transaction with PAYPAL *CLOUD2MAX**

1 message

**Chase** <no.reply.alerts@chase.com>
To: PHIL@flavaworks.com

Wed, Apr 1, 2026 at 11:04 AM

CHASE

Transaction alert

**You made a $18.01 transaction**

| | |
|---|---|
| Account | [redacted] |
| Date | **Apr 1, 2026 at 8:53 AM ET** |
| Merchant | **PAYPAL *CLOUD2MAX** |
| Amount | **$18.01** |

You are receiving this alert because your transaction was more than the $1.00 level you set. You can visit our Resource Center anytime to help answer your questions or manage your account.

Review account

Securely access your accounts with the Chase Mobile® app or chase.com.

**ABOUT THIS MESSAGE**

Chase Mobile® app is available for select mobile devices. Message and data rates may apply.

This service email was sent based on your alert settings. Use the Chase Mobile app or visit chase.com/alerts to view or manage your settings.

Chase cannot guarantee the delivery of alerts and notifications. Wireless or internet service provider outages or other circumstances could delay them. You can always check chase.com or the Chase Mobile app for the status of your accounts including your latest account balances and transaction details.

To protect your personal information, please don't reply to this message. Chase won't ask for confidential information in an email.

If you have concerns about the authenticity of this message or have questions about your account visit chase.com/CustomerService for ways to contact us.

Your privacy is important to us. See our online Security Center to learn how to protect your information.

© 2026 JPMorgan Chase & Co.