# EXHIBIT D — Schedule of Member Defendants

*FlavaWorks Entertainment, Inc. v. Scull et al.*

*Cited at Complaint ¶¶ 16, 26*

## Contents


| | |
|---|---|
| **Part 1** | **Schedule of Member Defendants**<br>74 John Doe (Member) Defendants, each of whom held a membership account on Gay-Torrents.org. Identified by Gay-Torrents.org username and the user-identification number assigned to the account by the Site. Listed alphabetically by username. Plaintiff will move to substitute each Defendant's true legal name upon confirmation through discovery. |

# EXHIBIT D — Schedule of Member Defendants

*(Sorted alphabetically by username)*

| Doe No. | GT-Org ID # | Username | Doe No. | GT-Org ID # | Username |
|---|---|---|---|---|---|
| Doe No. 1 | 33481 | adidasjock | Doe No. 38 | 157730 | ksp422802 |
| Doe No. 2 | 76621 | agwydyon | Doe No. 39 | 105326 | lazypuppet |
| Doe No. 3 | 7488 | arturner | Doe No. 40 | 90560 | leadpipe |
| Doe No. 4 | 160040 | bigpicture | Doe No. 41 | 106584 | littletoystars |
| Doe No. 5 | 15671 | bluemanma | Doe No. 42 | 156703 | macado |
| Doe No. 6 | 165501 | canyoudoit | Doe No. 43 | 155596 | mrlaw |
| Doe No. 7 | 86964 | ch91182 | Doe No. 44 | 14409 | nwbruin |
| Doe No. 8 | 83604 | copaul | Doe No. 45 | 47642 | olivaa2 |
| Doe No. 9 | 153833 | curbro48 | Doe No. 46 | 26226 | pingisi |
| Doe No. 10 | 84115 | daddydave | Doe No. 47 | 158652 | ralphy |
| Doe No. 11 | 62517 | dalanca | Doe No. 48 | 158491 | randalph |
| Doe No. 12 | 61466 | Diggysays | Doe No. 49 | 89481 | rjack85 |
| Doe No. 13 | 52364 | dingdong23 | Doe No. 50 | 90428 | rusty064 |
| Doe No. 14 | 92995 | Dino6750 | Doe No. 51 | 58666 | sdosf |
| Doe No. 15 | 9315 | djbrunowa | Doe No. 52 | 67205 | sdspeedbump |
| Doe No. 16 | 39709 | duncan_n_indy | Doe No. 53 | 162693 | SeanLian2019 |
| Doe No. 17 | 29731 | dustycody | Doe No. 54 | 148414 | Sexrex |
| Doe No. 18 | 9369 | etildca | Doe No. 55 | 29691 | shehsowner |
| Doe No. 19 | 165727 | fanuchkh | Doe No. 56 | 70978 | smilley1281 |
| Doe No. 20 | 6777 | feathersanddown | Doe No. 57 | 101562 | spanky100 |
| Doe No. 21 | 58673 | frakmedaddy | Doe No. 58 | 68992 | syracuseboii |
| Doe No. 22 | 158326 | fukkichan | Doe No. 59 | 97953 | tangshe2000 |
| Doe No. 23 | 17807 | gaigia | Doe No. 60 | 158112 | tek208801 |
| Doe No. 24 | 62235 | glenn524 | Doe No. 61 | 84964 | thetai10 |
| Doe No. 25 | 50927 | greg2356 | Doe No. 62 | 75668 | todd4hire |
| Doe No. 26 | 79518 | hollyoaksboi | Doe No. 63 | 80532 | tomricci |
| Doe No. 27 | 89378 | indihunk | Doe No. 64 | 96974 | Tonofrida |
| Doe No. 28 | 150020 | jastx | Doe No. 65 | 42680 | TonyT |
| Doe No. 29 | 87569 | JCHSGrad03 | Doe No. 66 | 24045 | TrinityPunk |
| Doe No. 30 | 98431 | jewelius | Doe No. 67 | 60299 | txkdr |
| Doe No. 31 | 123768 | jmichael5 | Doe No. 68 | 59106 | virgahyatt |
| Doe No. 32 | 73150 | jms1986 | Doe No. 69 | 148845 | walkyet |
| Doe No. 33 | 96726 | jpdlii | Doe No. 70 | 44794 | wdj07 |
| Doe No. 34 | 163614 | Karma4 | Doe No. 71 | 165808 | Wehojock |
| Doe No. 35 | 71016 | kenwhaz | Doe No. 72 | 91944 | yerner |
| Doe No. 36 | 25739 | khefren | Doe No. 73 | 69587 | yikes2boy |
| Doe No. 37 | 119839 | kostrow | Doe No. 74 | 149925 | zalib127 |