**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: FlavaWorks Entertainment, Inc. v. Scull, et al.

Case Number: 1:26-cv-10140

An appearance is hereby filed by the undersigned as attorney for:
Defendant John Doe 59

Attorney name (type or print): Erin K. Russell

Firm: The Russell Firm, LLC

Street address: 10 S. Riverside Plaza, Suite 875

City/State/Zip: Chicago, IL 60606

Bar ID Number: 6287255
(See item 3 in instructions)

Telephone Number: 312-994-2424

Email Address: erin@russellfirmip.com

Are you acting as lead counsel in this case? ☒ Yes ☐ No

Are you acting as local counsel in this case? ☐ Yes ☒ No

Are you a member of the court's trial bar? ☐ Yes ☒ No

If this case reaches trial, will you act as the trial attorney? ☒ Yes ☐ No

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on September 4, 2026

Attorney signature: S/ Erin K. Russell
(Use electronic signature if the appearance form is filed electronically.)