**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| FLAVAWORKS ENTERTAINMENT, INC., | ) | |
| | ) | Case No. 1:26-cv-10140 |
| Plaintiff, | ) | |
| | ) | Hon. Jeremy C. Daniel |
| v. | ) | |
| | ) | Magistrate Judge |
| JASON A. SCULL, individually, and | ) | Keri L. Holleb Hotaling |
| JOHN DOES #1–#74, identified by | ) | |
| Gay-Torrents.org username (see Exhibit D), | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE DEFENDANTS #8, #21, #40, AND #48**

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff FlavaWorks Entertainment, Inc. hereby voluntarily dismisses this action with prejudice as to the following four John Doe Defendants only:

John Doe #8, username "copaul," User ID 83604;
John Doe #21, username "frakmedaddy," User ID 58673;
John Doe #40, username "leadpipe," User ID 90560; and
John Doe #48, username "randalph," User ID 158491.

No Defendant has served an answer or a motion for summary judgment. Plaintiff therefore dismisses the above-named Defendants without a court order, as of right, under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

To the extent the Court concludes that Rule 21 is the appropriate vehicle for dismissing fewer than all Defendants, Plaintiff alternatively requests that the Court drop the above-named four John Doe Defendants from this action, with prejudice, under Federal Rule of Civil Procedure 21.

Plaintiff and each of the dismissed Defendants shall bear his or its own attorneys' fees and costs.

Plaintiff and John Doe #21 have entered into a written settlement agreement that provides for payment in installments. Plaintiff respectfully requests that the Court retain jurisdiction to enforce the terms of that settlement agreement as to John Doe #21. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381–82 (1994).

This dismissal applies only to the four John Doe Defendants identified above. Plaintiff's action remains pending against Defendant Jason A. Scull and against all other John Doe Defendants (#1–#74) not listed in this Notice.

Dated: October 15, 2026

Respectfully submitted,

/s/ Corinthia Hicks
Corinthia Hicks, Esq.
Illinois Bar No. 6352965
FlavaWorks Entertainment, Inc.
2705 West Fulton Street
Chicago, Illinois 60612
Tel: (305) 438-9450
Email: Corinthia@FlavaWorks.com
Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on October 15, 2026, I electronically filed the foregoing Notice with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Corinthia Hicks
Corinthia Hicks, Esq.