**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| FLAVAWORKS ENTERTAINMENT, INC., | ) | |
| | ) | Case No. 1:26-cv-10140 |
| Plaintiff, | ) | |
| | ) | Hon. Jeremy C. Daniel |
| v. | ) | |
| | ) | Magistrate Judge |
| JASON A. SCULL, individually, and JOHN DOES #1–#74, identified by Gay-Torrents.org username (see Exhibit D), | ) | Keri L. Holleb Hotaling |
| | ) | |
| | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE DEFENDANT #12**

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff FlavaWorks Entertainment, Inc. hereby voluntarily dismisses this action with prejudice as to the following John Doe Defendant only:

John Doe No. 12, username "DiggySays."

No Defendant has served an answer or a motion for summary judgment. Plaintiff therefore dismisses the above-named Defendant without a court order, as of right, under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

To the extent the Court concludes that Rule 21 is the appropriate vehicle for dismissing fewer than all Defendants, Plaintiff alternatively requests that the Court drop the above-named John Doe Defendant from this action, with prejudice, under Federal Rule of Civil Procedure 21.

Plaintiff and John Doe No. 12 have entered into a written settlement agreement. Plaintiff respectfully requests that the Court retain jurisdiction to enforce the terms of that settlement agreement. *See Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375, 381–82 (1994).

Plaintiff and the dismissed Defendant shall each bear their own attorneys' fees and costs.

This dismissal applies only to the John Doe Defendant identified above. Plaintiff's action remains pending against Defendant Jason A. Scull and against all other John Doe Defendants (#1–#74) not listed in this Notice.

Dated: November 23, 2026

Respectfully submitted,

/s/ Corinthia Hicks
Corinthia Hicks, Esq.
Illinois Bar No. 6352965
FlavaWorks Entertainment, Inc.
2705 West Fulton Street
Chicago, Illinois 60612
Tel: (305) 438-9450
Email: Corinthia@FlavaWorks.com
Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on November 23, 2026, I electronically filed the foregoing Notice with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Corinthia Hicks
Corinthia Hicks, Esq.